IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01848-RM-MJW

KAREN NELSON,

Plaintiff(s),

v.

KAISER PERMANENTE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Vacate Scheduling Conference (Docket No. 6) is granted.  Accordingly, the Scheduling Conference set on September 16, 2013, at 9:00 a.m. is VACATED.  It is further

ORDERED that the parties shall file their stipulated motion to dismiss on or before October 11, 2013.

Date: September 13, 2013