IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 13–cv–01848–RM–MJW

KAREN NELSON,

    Plaintiff,

v.

KAISER PERMANENTE,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

The Court, having reviewed the Notice of Dismissal of Complaint filed by Plaintiff (ECF No. 9), and being fully advised, hereby ORDERS as follows:

1. The above-captioned matter is DISMISSED WITH PREJUDICE; and
2. Each party shall bear her or its own costs and attorneys' fees.

DATED this 17th day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge